BEFORE THE FIRST DIVISION, OCTOBER 16, 1939

**No. 42446.**—Protest 929815–G of S. Lisk & Bro. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel, squawker balloons and cigarette whistles or noisemakers or novelties in part of bamboo were held dutiable at 45 percent under paragraph 409. Abstracts 40493 and 39509 followed.

**No. 42447.**—Protests 988340–G, etc., of S. S. Kresge Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (C. D. 74) the opera or field glasses in question were held dutiable at 35 percent under paragraph 228 (b) and T. D. 48316 as claimed.

BEFORE THE SECOND DIVISION, OCTOBER 16, 1939

**No. 42448.**—Protests 192915–G, etc., of Lord & Taylor (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396), Abstract 12555, *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), and *United States* v. *Amrein* (26 id. 353, C. A. D. 40) embroidered allovers, net trimmings, galloons, and motifs, and filet and Normandy lace articles were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 42449.**—Protests 218207–G, etc., of American Express Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel Normandy lace articles similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430. Hoods and hats in chief value of cellulose filaments like those the subject of *Amberg Schwab* v. *United States* (T. D. 46204) were held dutiable as compounds of cellulose at 60 percent under paragraph 31.

**No. 42450.**—Protests 33329–G, etc., of James McCreery & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel embroidered trimmings, allovers, net insertions, flouncings, and trimmings similar to those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and Abstract 12555, filet lace articles like those passed upon in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), Normandy lace articles similar to the merchandise the subject of *United States* v. *Amrein* (26 id. 353, C. A. D. 40), and embroidered wearing apparel and pillow cases similar to those passed upon in *Pustet* v. *United States supra*, were held dutiable at 75 percent under paragraph 1430 as claimed.